1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| CHARLOTTA G. ZETTNER DELILLIO | CASE NO. 07cv2428 JM (WMc) |
| Plaintiff, | ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE; GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

12
13
14
15
16

17      Plaintiff Charlotta G. Zettner Delillio brings this action for review of a decision

18  of the Commissioner of Social Security denying benefits.  All matters arising in this

19  social security appeal are hereby referred to United States Magistrate Judge William

20  McCurine, Jr. for a report and recommendation in accordance with 28 U.S.C.

21  § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c).  When the parties seek to file a motion for

22  summary judgment in this case, the parties shall contact the chambers of Magistrate

23  Judge McCurine to secure scheduling, filing and/or hearing dates.  Both parties are

24  advised that all motions for summary judgment must be filed and served no later than

25  90 days from the filing date of the answer.  Failure to do so may result in dismissal of

26  this action or entry of default.

27      Finally, the court grants Plaintiff's motion to prosecute this action without

28  prepayment of fees or security under 28 U.S.C. §1915.  Plaintiff declares that she

possesses no significant asset and her only source of financial support consists of monthly disability payments.  Under these circumstances, the court grants Plaintiff's motion to proceed in forma pauperis.

**IT IS SO ORDERED.**

DATED:  January 4, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties
           Magistrate Judge Major