# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTA G. ZETTNER DeLILLIO,<br><br>       Plaintiff,<br>   vs.<br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>       Defendant. | CASE NO. 07cv2428-JM (WMc)<br><br>ORDER |

Pursuant to Rule 16.1(e)(3) of the Local Rules, Early Neutral Evaluation/Case Management Conferences are not required in Social Security cases.  Accordingly,

IT IS HEREBY ORDERED that all pretrial motions in this case must be filed with *Judge Jeffrey Miller* so that they may be heard on or before *July 18, 2008*.  Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion.  **Be further advised that the period of time between the date of request for a motion date and the hearing date may be up to two months.  Please plan accordingly**.  For example, you may have to contact the judge's law clerk two months in advance of the motion cut-off to calendar the motion.  Failure to timely request a motion date may result in the motion not being heard.

\\
\\
\\
\\

1 | <u>Motions will not be heard on the above date unless you have obtained that date from the</u>
2 | <u>judge's law clerk.</u>
3 |     IT IS SO ORDERED.
4 | DATED:  March 27, 2008

*(signature)*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court