# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTA B ZETTNER DeLILLIO,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>MICHAEL ASTRUE,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 07cv2428-JM (WMc)<br><br>ORDER RE: JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

On July 17, 2008, the parties filed a Joint Motion for an Extension of Time to File Motion for Summary Judgment. [Docket No. 9.] The parties request that Plaintiff be allowed to file her motion for summary judgment on August 4, 2008. After reviewing the reasons for the request and finding good cause, the parties joint motion is GRANTED.

IT IS SO ORDERED.

DATED: July 23, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court