# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

CHARLOTTA G. ZETTNER DeLILLIO

V.

MICHAEL J. ASTRUE, Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv2428-JM(WMC)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court denies the Objections and adopts the Report and recommendation in its entirety.................
............................................................................................................................................................

| August 12, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON August 12, 2009 |

07cv2428-JM(WMC)